**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| STEVENS & LEE, P.C., | : | No. 850 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TED A. CRESSWELL, | : | |
| | : | |
| Petitioner | : | |

**ORDER**


**PER CURIAM**

    **AND NOW**, this 1st day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.